Michael Nourmand (SBN 198439)
mnourmand@nourmandlawfirm.com
James A. De Sario, Esq. (SBN 262552)
jdesario@nourmandlawfirm.com
**THE NOURMAND LAW FIRM, APC**
8822 West Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 553-3600
Facsimile: (310) 553-3603

Attorneys for Plaintiff,
RENE A. SORTO, on behalf
of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE A. SORTO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLDWIDE FLIGHT SERVICES, INC., a Delaware corporation; and DOES 1 through 100, Inclusive<br><br>Defendants. | CASE NO.: 2:23-cv-08481 DSF (JPRx)<br><br>**NOTICE OF CLASS ACTION SETTLEMENT** |

Plaintiff RENE A. SOTO ("Plaintiff") and Defendant WORLDWIDE FLIGHT SERVICES, INC. ("Defendant") (collectively, the "Parties") are pleased to inform the Court, that after participating in private mediation with all parties from pending wage and hour cases against Defendant, with Dan Turner, Esq., the Parties reached a class action settlement. As part of the settlement, Plaintiff will be added to the lead case entitled, *Solis v. Worldwide Flight Services, Inc., et al.* Case No. 22STCV04332 through an amended complaint and the settlement approval process will take place in the Solis Action. Once Plaintiff is added to the Solis Action, he will dismiss this action, without

1
NOTICE OF CLASS ACTION SETTLEMENT

prejudice. Accordingly, the Parties respectfully request that the Court vacate all dates and set an OSC Re: Dismissal 60-90 days.

Dated: August 11, 2025                    THE NOURMAND LAW FIRM, APC

                               By:     */s/ Michael Nourmand*
                                       Michael Nourmand, Esq.
                                       James A. De Sario, Esq.
                                       Attorneys for Plaintiff

**NOTICE OF CLASS ACTION SETTLEMENT**

<u>Rene A. Sorto, et al. v. Worldwide Flight Services, Inc., et al.</u>
United States District Court - Central District of California Court
Case No.: 2:23-CV-08481-DSF

I, Alejandra Beltran the undersigned, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 8822 West Olympic Boulevard, Beverly Hills, California 90211.

On August 11, 2025, I served the following document(s) described as:

**NOTICE OF CLASS ACTION SETTLEMENT**

James C. Fessenden, Esq.
Julia Sherwood, Esq.
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121

The above document(s) were served on the interested parties in this action as follows:

*All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-reference case number.*

BY ELECTRONIC MAIL: As follows: I am readily familiar with our office's practice of electronic mail transmission; on this date the document enumerated above was transmitted by electronic mail transmission and that the transmission was reported as complete and delivered, and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Proof of Service was executed on August 11, 2025, at Beverly Hills, California.

　　　　　　　　　　　　　　　　　　*/s/ Alejandra Beltran*
　　　　　　　　　　　　　　　　　　Alejandra Beltran

**NOTICE OF CLASS ACTION SETTLEMENT**