JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE A. SORTO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLDWIDE FLIGHT SERVIES, INC., a Delaware corporation; and DOES 1 through 100, Inclusive<br><br>Defendants. | Case No. 5:23-cv-08481 DSF (JPRx)<br><br>**ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF ACTION,** *WITHOUT PREJUDICE* |

**ORDER**

The Court has reviewed the Rule 41 Stipulation For Dismissal of Action, *Without Prejudice*, pursuant to F.R.C.P. 41(a)(1)(A)(ii) (the "Stipulation"), filed by Plaintiff RENE A. SORTO ("Plaintiff") and Defendant WORLDWIDE FLIGHT SERVICES, INC. ("Defendant") (collectively, the "Parties").

The Parties' Stipulation requesting dismissal of Plaintiff's class action without prejudice is hereby GRANTED. Each party will bear its own costs, expenses, and attorneys' fees, with respect to this dismissal.

**IT IS SO ORDERED.**

Dated:  November 5, 2025

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE